IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as Heirs, Beneficiaries of Hector Julian Martinez, Jr., Deceased and Of Orlando Martinez, Deceased, and CELINA ELIZONDO, as Heir Beneficiary of Albert R. Ponce, Deceased,<br><br>Plaintiffs<br><br>vs.<br><br>FROST NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, Individually,<br><br>Defendants | § § § § § § § § § § § § § § § § § §<br><br>C.a. No. **B-01-004** |

**CERTIFICATE OF INTERESTED PARTIES
BY FROST NATIONAL BANK, TRUSTEE FOR
THE JOSE ALFREDO JIMENEZ TRUST**

TO THE HONORABLE U.S. DISTRICT JUDGE:

In accordance with the Court's order for conference and disclosure of interested parties, Defendant, Frost National Bank, Trustee for The Jose Alfredo Jimenez Trust, submits this Certificate of Interested Parties.

1. Hector Martinez, Heir, Beneficiary of Hector Julia Martinez, Jr., Deceased; and Heir, Beneficiary of Orlando Martinez, Deceased (Plaintiff).

2. Rosemary Martinez, Heir, Beneficiary of Hector Julia Martinez, Jr., Deceased; and Heir, Beneficiary of Orlando Martinez, Deceased (Plaintiff).

3. Celina Elizondo, Heir, Beneficiary of Albert R. Ponce, Deceased (Plaintiff).

4.  Frost National Bank, Trustee for The Jose Alfredo Jimenez Trust (Defendant).

5.  <u>Cullen/Frost Bankers, Inc.</u> [a Texas bank holding company listed on the New York Stock Exchange under the symbol CFR, parent company of Frost National Bank].

6.  Jose Alfredo Jimenez (Defendant).

Dated this 2<sup>t</sup> day of January, 2001.

          Respectfully submitted,

          _____
          James H. Robichaux
          TSB #17083000
          Federal ID #2203
          802 N. Carancahua, Suite 1900
          Corpus Christi, TX 78470-0700
          Telephone:  361/888-9261
          Telecopier: 361/888-8504

          ATTORNEY-IN-CHARGE for Defendant
          FROST NATIONAL BANK, TRUSTEE FOR
          THE JOSE ALFREDO JIMENEZ TRUST

OF COUNSEL:

MATTHEWS & BRANSCOMB
A Professional Corporation
Scott L. Sherman
TSB #18245500
Omar J. Leal
TSB #24013015

## Certificate of Service

I, James H. Robichaux, do hereby certify that the foregoing was forwarded to counsel of record, as indicated below, on this the ＿＿ day of January, 2001.

Mr. Mitchell Clark
Attorney at Law
802 N. Carancahua, Suite 1650
Corpus Christi, TX 78470
*Via Certified Mail, RRR*

_____
James H. Robichaux

C0040715.wpd.1

3