IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED and OF ORLAND MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED<br><br>PLAINTIFFS<br><br>VS.<br><br>FROST BANK NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, INDIVIDUALLY<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br><br><br><br><br><br>C. A. NO. B-01-004 |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties, Plaintiffs files this their Certificate of Interested Parties as follows:

### I.
### LISTING OF PLAINTIFFS

1.1 Hector Martinez, Heir, Beneficiary of Hector Julian Martinez, Jr., Deceased; and Heir, Beneficiary of Orlando Martinez, Deceased.

1.2 Rosemary Martinez, Heir, Beneficiary of Hector Julian Martinez, Jr., Deceased; and Heir, Beneficiary of Orlando Martinez, Deceased.

1.3   Celina Elizondo, Heir, Beneficiary of Albert R. Ponce, Deceased;

## II.
## ATTORNEY FOR PLAINTIFFS

2.1   J. Mitchell Clark

LAW OFFICES OF J. MITCHELL CLARK

Frost Bank Plaza

802 N. Carancahua, Suite 1650

Corpus Christi, Texas 78470

Tel: 361/887-8500

Fax: 361/882-4500 FAX

ATTORNEY IN CHARGE

## III.
## LISTING OF DEFENDANTS

3.1   Frost National Bank, trustee for The Jose Alfred Jimenez Trust

3.2   Jose Alfredo Jimenez, Pro Se

TDCJ #785233

Robertson Unit

Texas Department of Criminal Justice

12071 FM 3522

Abilene, Texas 78470

## IV.
## ATTORNEYS FOR DEFENDANT-FROST NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST

4.1   James H. Robichaux

Matthews & Branscomb

802 N. Carancahua, Suite 1900

Corpus Christi, Texas 78470

Tel: 361/888-9261

Fax: 361/888-8504

ATTORNEY IN CHARGE

4.2   Scott L. Sherman

Matthews & Branscomb

802 N. Carancahua, Suite 1900

Corpus Christi, Texas 78470

Tel: 361/888-9261

Fax: 361/888-8504

OF COUNSEL

## V.
## RELATED ENTITIES

5.1   Cullen/Frost Bankers, Inc. [a Texas bank holding company listed on the New York Stock Exchange under the symbol CFR, parent company of Frost National Bank.

# VI.
# CONCLUSION

At this time there are no additional parties, persons, or entities that are financially interested in the outcome of this litigation at this time.

Respectfully submitted,

**LAW OFFICES OF J. MITCHELL CLARK**
Frost Bank Plaza
802 N. Carancahua, Suite 1650
Corpus Christi, Texas 78470
(361) 887-8500
(361) 882-4500 **FAX**

By: _____
J. MITCHELL CLARK
State Bar No. 04283900
Admission No. 11427

**ATTORNEY FOR PLAINTIFFS**

---

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**
**PAGE 4**

## CERTIFICATE OF SERVICE

I, J. Mitchell Clark, hereby certify that the above and foregoing was forwarded in the manner indicated to the persons listed below on this the 30th day of January, 2001:

**VIA CMRRR: Z 388 456 384**
James H. Robichaux
Matthews & Branscomb
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470

**VIA CMRRR: P 104 346 769**
Jose Alfredo Jimenez
TDCJ #785233
Robertson Unit
Texas Department of Criminal Justice
12071 FM 3522
Abilene, Texas 78470

_____
J. Mitchell Clark