```
HECTOR AND ROSEMARY           §   IN THE DISTRICT COURT
MARTINEZ, as HEIRS            §
BENEFICIARIES OF HECTOR       §
JULIAN MARTINEZ, JR.          §   UNITED STATES DISTRICT COURT
DECEASED, and OF ORLANDO      §   SOUTHERN DISTRICT OF TEXAS
MARTINEZ, DECEASED, and       §
CELINA ELIZONDO, as HEIR      §
BENEFICIARY OF ALBERT R.      §
PONCE, DECEASED               §
                              §
    PLAINTIFFS                §   C. A. NO. B - 01 - 004

    vs.                       §
                              §
FROST BANK NATIONAL BANK      §
TRUSTEE FOR THE JOSE          §
ALFREDO JIMENEZ TRUST, and    §
JOSE ALFREDO JIMENEZ,         §
INDIVIDUALLY                  §
    DEFENDANTS                §
                              §
```

**DEFENDANTS' ANSWER TO COMPLAINT FOR DECLARATORY JUDGEMENTS**

TO THE HONORABLE JUDGE OF SAID COURT:

   COMES NOW, JOSE ALFREDO JIMENEZ, as DEFENDANT OF ABOVE MENTIONED CASE TO ANSWER THE SERVING OF SAID COMPLAINT. IT IS MY REQUEST THAT ANY AND ALL PAPERWOK FILED IN SAID CASE BE SENT TO ME AT THE ROBERTSON UNIT 12071 F.M. 3522 ABILENE, TEXAS 79601... IT IS ALSO MY REQUEST THAT I BE BENCH WARRANTED TO THE COUNTY OF THIS HONORABLE COURT FOR ANY AND ALL COURT DATES. LASTLY I PRAY THIS SUIT WILL BE WITHDRAWN FROM THE COURT DUE TO MY INCARCERAT--ION AND LACK OF COMPITENT LEGAL COUNSEL. THE COURT'S TIME AND CONSIDERATION ARE GREATLY APPRECIATED....

RESPECTFULLY SUBMITTED,

*[signature]*

JOSE ALFREDO JIMENEZ #785233
ROBERTSON UNIT
12071 F.M. 3522
ABILENE, TEXAS 79601


c/c: J.J.file