United States District Court
Southern District of Texas
FILED
FEB 12 2001
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED and OF ORLAND MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED | § § § § § § § § § § | IN THE DISTRICT COURT |
| PLAINTIFFS | § § | |
| VS. | § § | C. A. NO. B-01-004 |
| FROST BANK NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, INDIVIDUALLY | § § § § § | |
| DEFENDANTS | § | |

**PLAINTIFFS' NOTICE OF FILING PROOF OF SERVICE**
**FEDERAL RULES OF CIVIL PROCEDURE 4(L)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiffs-**HECTOR and ROSEMARY MARTINEZ**, as **HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED** and of **ORLANDO MARTINEZ, DECEASED**, and **CELINA ELIZONDO**, as **HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED**, files this their Notice of Filing Proof of Service pursuant to Federal Rules of Civil Procedure 4(l), would in support thereof, would show the court the following:

## I.

1. Defendant-Frost National Bank, Trustee for the Jose Alfredo Jimenez Trust was served and summoned with Plaintiffs' Original Complaint for Declaratory Judgment on or about January 19, 2001 by certified mail return receipt, Z 270 695 202. Attached as Exhibit "A" is a true and correct copy of the Receipt for Certified Mail and Card. The law firm of Matthews & Branscomb accepted service on behalf of the Defendant-Frost National Bank, Trustee for the Jose Alfredo Jimenez Trust.

2. Defendant-Jose Alfredo Jimenez was served and summoned with Plaintiffs' Original Complaint for Declaratory Judgment on or about January 26, 2001 by Jones County Sheriffs Department. Attached as Exhibit "B" is a true and correct copy of the Proof of Service.

Respectfully submitted,

**LAW OFFICES OF J. MITCHELL CLARK**
Frost Bank Plaza
802 N. Carancahua, Suite 1650
Corpus Christi, Texas 78470
Tel: 361/887-8500
Fax: 361/882-4500

By: _____
J. MITCHELL CLARK
State Bar No. 04283900
Admission No. 11427

**ATTORNEY FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I, J. Mitchell Clark, hereby certify that the above and foregoing was forwarded in the manner indicated to the persons listed below on this the 9th day of February, 2001:

## VIA HAND DELIVERY
James H. Robichaux
Matthews & Branscomb
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470
ATTORNEY FOR FROST NATIONAL BANK,
TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST

## VIA CMRRR: 7099 3220 0004 2564 2614
Jose Alfredo Jimenez
TDCJ #785233
Robertson Unit
Texas Department of Criminal Justice
12071 FM 3522
Abilene, Texas 78470
PRO SE

_____
J. Mitchell Clark

AO 440 (Rev. 10/93) Summons in a Civil Ac

# United States District Court

_____ DISTRICT OF _____

HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED and OF ORLANDO MARTINEZ, DECEASED, AND CELINA ELIZONDO, as HEIRS BENEFICIARY OF ALBERT R. PONCE, DECEASED
PLAINTIFFS

V.

FROST BANK NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, INDIVIDUALLY
DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-01-004

TO: (Name and address of defendant)

By AND THROUGH ATTORNEY OF RECORD
Jim Robichaux
Matthews + Branscomb
802 N. CARANCAHUA, SUITE 1900
Corpus Christi, TEXAS 78470

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF J. MITCHELL CLARK
FROST BANK PLAZA, SUITE 1650
Corpus Christi, TEXAS 78470

an answer to the complaint which is herewith served upon you, within **MONDAY NEXT 20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_M._____  
CLERK

1-16-01  
DATE

_____  
(BY) DEPUTY CLERK


Exhibit

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jim Robichaux
   Matthews & Branscomb
   802 N. Carancahua, Suite 1900
   Corpus Christi, TX 78470

A. Received by (Please Print Clearly)
B. Date of Delivery: 1/19
C. Signature
   X
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   MARTINEZ Summons

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
   Z 270 695 202

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

---

Z 270 695 202

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | Jim Robichaux |
| Street & Number | 802 N Carancahua Suite 1900 |
| Post Office, State, & ZIP Code | CC TX 78470 |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995

AO 440 (Rev. 10/93) Summons in a Civil Ac

# United States District Court

DISTRICT OF _____

HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, Jr. DECEASED AND OF ORLANDO MARTINEZ, DECEASED, AND CELINA ELIZONDO, AS HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED
PLAINTIFFS

V.

FROST BANK NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, AND JOSE ALFREDO JIMENEZ, INDIVIDUALLY
DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

JOSE ALFREDO JIMENEZ (TDC # 785233)
Robertson Unit, Texas Department of Criminal Justice
No 12071 FM 3522
Abilene, TX 79601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of J. Mitchell Clark
Frost Bank Plaza, Suite 1650
Corpus Christi, Texas 78470

an answer to the complaint which is herewith served upon you, within **Monday Next 20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____  1-18-01
CLERK                      DATE

(BY) DEPUTY CLERK

Exhibit 12

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 26 Jan 2001 |
| NAME OF SERVER (PRINT) Darrell E. North, Constable | TITLE Constable Jones Co. |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Robertson Unit 12071 FM 3522 Abilene, Tx.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  26 Jan 2001 at 2:33 PM     /s/ Darrell E. North
              Date                          Signature of Server

                                          P.O. Box 363, Lueders, Tx 79533
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure