


IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED and OF ORLAND MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED<br><br>PLAINTIFFS<br><br>VS.<br><br>FROST BANK NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, INDIVIDUALLY<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br><br><br><br><br><br>C. A. NO. B-01-004 |

## PLAINTIFFS' NOTICE OF SERVING "ORDER SETTING CONFERENCE"

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to this Court's Order Setting Conference, Plaintiffs-**HECTOR and ROSEMARY MARTINEZ**, as **HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED** and of **ORLANDO MARTINEZ, DECEASED**, and **CELINA ELIZONDO**, as **HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED**, files this their Notice of Serving "Order Setting Conference."

Therefore, attached as Exhibit "A" is an Order Setting Conference which will be served to all Defendants pursuant to the Court's Order filed January 8, 2001.

Respectfully submitted,

**LAW OFFICES OF J. MITCHELL CLARK**
Frost Bank Plaza
802 N. Carancahua, Suite 1650
Corpus Christi, Texas 78470
Tel: 361/887-8500
Fax: 361/882-4500

By: _____
J. MITCHELL CLARK
State Bar No. 04283900
Admission No. 11427

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, J. Mitchell Clark, hereby certify that the above and foregoing was forwarded in the manner indicated to the persons listed below on this the 9th day of February, 2001:

### VIA HAND DELIVERY

James H. Robichaux
Matthews & Branscomb
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470
ATTORNEY FOR FROST NATIONAL BANK,
TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST

### VIA CMRRR: Z 270 695 204

Jose Alfredo Jimenez
TDCJ #785233
Robertson Unit
Texas Department of Criminal Justice
12071 FM 3522
Abilene, Texas 78470
PRO SE

_____
J. Mitchell Clark

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Hector and Rosemary Martinez, et al §
§
§  CIVIL ACTION B- **B-01-004**
versus §
§
Frost National Bank, Trustee for the §
Jose Alfredo Jimenez Trust ET.AL;

### Order Setting Conference

United States District Court
Southern District of Texas
FILED

JAN - 8 2001

Michael N. Milby
Clerk of Court

1. Counsel shall appear for an initial pretrial conference:

   **May 8, 2001 at 2:00 p.m.**

   Before the Honorable Hilda G. Tagle
   United States District Judge
   Third Floor-Courtroom No. 3
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520

2. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

3. The plaintiff must serve the defendant within 120 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. *See* Rule 4(m).

4. At least 14 days before the conference, counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial. *See* Fed R. Civ. P. Rule 26(f).

5. The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

6. By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

7. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

8. Counsel who file or remove an action must serve a copy of this order on the other parties.

9. Counsel who appears at the conference must have authority to bind the client and must know the facts.

10. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

Exhibit A

BY THE ORDER OF THE COURT