/0

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIAN MARTINEZ, JR. DECEASED and OF ORLANDO MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED<br><br>PLAINTIFFS<br><br>VS.<br><br>FROST NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, INDIVIDUALLY<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § § § § | United States District Court<br>Southern District of Texas<br>FILED<br><br>APR 1 6 2001<br><br>Michael N. Milby<br>Clerk of Court<br><br><br><br>C. A. NO. B-01-004 |

## JOINT MOTION TO APPEAR VIA TELEPHONE
## (UNOPPOSED)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiffs-HECTOR and ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED and of ORLANDO MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED, and Defendant-FROST NATIONAL BANK files this their Joint Motion to Appear Via Telephone (Unopposed), and in support thereof, would show the court the following:

## I.

1.1     Scheduled before this Court on May 8, 2001 at 2:00 p.m. is the initial pretrial conference in this case.

1.2     Plaintiffs' counsel, J. Mitchell Clark and Defendant-Frost National Bank's counsel-James H. Robichaux are requesting to appear for the Initial Pretrial Conference via telephone.

1.3     Defendant-Jose Alfredo Jimemenz is pro se in this lawsuit.  Defendant-Jose Alfredo Jimenez is currently incarcerated in the Robertson Unit in Abilene, Texas, and as a result, it is difficult to contact Mr. Jimenez.

1.4     Attached as Exhibit "A" is a letter to Mr. Jimenez regarding his position on this particular motion.

1.5     Therefore, Plaintiffs and Defendant-Frost National are requesting to appear via telephone for the Initial Pretrial Conference.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs and Defendant-Frost National Bank pray that this Court grant their Joint Motion to Appear Via Telephone, and for such other and further relief, whether legal or equitable general or special to which these parties may show themselves justly entitled to receive.

## CERTIFICATE OF CONFERENCE

I certify that on the 9^(TH) day of April, 2001, I conferred with opposing counsel concerning this motion and:

| | |
|---|---|
| __XXXX__ | I have been unsuccessful in my attempts to contact Defendant-Jose Alfredo Jimenez. |
| _____ | Opposing counsel is opposed to the request under this Motion. |
| _____ | This matter has been discussed with opposing counsel and no agreement on the Motion could be reached. |
| _____ | This matter has been discussed with opposing counsel and all efforts to resolve the discovery dispute without the necessity of court intervention have been attempted and failed. |
| __XXXX__ | Opposing counsel for Defendant-Frost National Bank has agreed or are unopposed to the request under this Motion. |

J. MITCHELL CLARK

## CERTIFICATE OF SERVICE

I, J. Mitchell Clark, hereby certify that the above and foregoing was forwarded in the manner indicated to the persons listed below on this the 13th day of April, 2001:

**VIA HAND DELIVERY**
James H. Robichaux
Matthews & Branscomb
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470

**VIA CMRRR: 849 082 905**
Jose Alfredo Jimenez
TDCJ #785233
Robertson Unit
Texas Department of Criminal Justice
12071 FM 3522
Abilene, Texas 78470

J. Mitchell Clark

# LAW OFFICES OF
# J. MITCHELL CLARK

\* J. Mitchell Clark
Attorney

Jose Humberto Fernandez Gonzalez
of Counsel - Costa Rica

\* Member State Bar College

Frost Bank Plaza
802 N. Carancahua, Suite 1650
Corpus Christi, Texas 78470
Office (361) 887-8500
Fax (361) 882-4500
(800) 887-8181

Melissa A. Sharer
Michael P. Lucas
Paralegals

Matthew Clark
Ben Jimenez
Investigators

April 9, 2001

Jose Alfredo Jimenez
TDCJ #785233
Robertson Unit
Texas Department of Criminal Justice
12071 FM 3522
Abilene, Texas 78470

*Via Certified Mail: 7099 3220 0004 2564 2584*
*Return Receipt Requested*

Re: Civil Action No. B-01-004; *Hector and Rosemary Martinez, et al. vs. Frost National Bank, Trust of the Jose Alfredo Jimenez Trust, et al.*

Dear Mr. Jimenez:

Pursuant to the Order Setting Conference, the Initial Pretrial Conference in your case is scheduled for May 8, 2001. Appearance by all parties and their counsel is necessary; however, considering all parties reside outside of the Brownsville area, I am writing this letter to ascertain whether or not you would be opposed or unopposed to my filing a motion to appear via telephone. I am not sure if the Court will allow you to appear in person considering you are incarcerated. I do not want to put you at a disadvantage, even if you contend you are opposed to appear by telephone, the Court may still grant our request and order everyone to participate by telephone. If I do not hear from you within ten days from the date of this letter, I will inform the Court you are unopposed to the motion.

Should you have any further questions, please feel f[ree to contact me.]

Sincerely,

J. Mitchell Clark
Attorney at Law

JMC/mas

pc: James H. Robichaux, Esq.