Case 1:01-cv-00004   Document 11   Filed in TXSD on 04/17/2001   Page 1 of 1

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED and OF ORLAND MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED | § § § § § § § § § | IN THE DISTRICT COURT |
| **PLAINTIFFS** | § § | |
| VS. | § § | C. A. NO. B-01-004 |
| FROST BANK NATIONAL, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, INDIVIDUALLY | § § § § § | |
| **DEFENDANTS** | § § | |

---

### ORDER GRANTING JOINT MOTION TO APPEAR VIA TELEPHONE

---

Came on this 17th day of APRIL_____, 2001, to be heard in the above-entitled and numbered cause, a Joint Motion to Appear Via Telephone. All parties having appeared by and through their respective counsel of record and the Court having heard the arguments of counsel, and reviewing the evidence finds the following:

**IT IS THEREFORE ORDERED** that the Joint Motion Appeal Via Telephone is hereby **GRANTED**.

All relief not specifically granted herein is hereby denied.

_____
JUDGE PRESIDING

---

**ORDER GRANTING JOINT MOTION TO APPEAL VIA TELEPHONE**
**PAGE 1**

CutePDF - www.fastio.com