**ORIGINAL**

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIAN MARTINEZ, JR. DECEASED and OF ORLANDO MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED | § § § § § § § § § | United States District Court Southern District of Texas FILED APR 1 9 2001 Michael N. Milby Clerk of Court |
| PLAINTIFFS | § § | |
| VS. | § § | C. A. NO. B-01-004 |
| FROST NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, INDIVIDUALLY | § § § § § | |
| DEFENDANTS | § § | |

## FIRST SUPPLEMENT JOINT UNOPPOSED MOTION TO APPEAR VIA TELEPHONE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiffs-HECTOR and ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED and of ORLANDO MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED, and Defendant-FROST NATIONAL BANK files this their First Supplemental Joint Unopposed Motion to Appear Via Telephone (Unopposed), and in support thereof, would show the court the following:

# I.

1.1     On or about April 10, 2001, Plaintiffs and Defendant-Frost National Bank filed their Joint Motion to Appear via Telephone (Unopposed) respecting the initial pretrial conference currently scheduled before this Court on May 8, 2001 at 2:00 p.m. in this case.

1.2     Plaintiffs' counsel, J. Mitchell Clark and Defendant-Frost National Bank's counsel-James H. Robichaux are requesting to appear for the Initial Pretrial Conference via telephone.

1.3     Defendant-Jose Alfredo Jimemenz is pro se in this lawsuit. Defendant-Jose Alfredo Jimenez is currently incarcerated in the Robertson Unit in Abilene, Texas, and as a result, it has been difficult to contact Mr. Jimenez. However, Defendant-Jose Alfredo Jimenez was served with the Jonit Motion to Appear via Telephone and has since responded to the motion in writing.

1.4     Attached as Exhibit "A" is a letter April 12, 2001 from Defendant-Jose Alfredo Jimenez stating his position as unopposed on this particular motion.

1.5     Therefore, Plaintiffs and Defendants are requesting to appear via telephone for the Initial Pretrial Conference.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs and Defendants pray that this Court grant their Joint Motion to Appear Via Telephone, and for such other and further relief, whether legal or equitable general or special to which these parties may show themselves justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF J. MITCHELL CLARK**
Frost Bank Plaza
802 N. Carancahua, Suite 1650
Corpus Christi, Texas 78470
Tel: (361) 887-8500
Fax: (361) 882-4500

By: _____
J. MITCHELL CLARK
State Bar No. 04283900
Admission No. 11427

**ATTORNEY FOR PLAINTIFFS**


**MATTHEWS and BRANSCOMB**
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470
Tel: 361/888-9261
Fax: 361/888-8504

By: _____
James H. Robichaux
State Bar No. 17083000
Admission No. 2203

**ATTORNEY FOR DEFENDANT-
FROST NATIONAL BANK**

---

## CERTIFICATE OF CONFERENCE

I certify that on the 12th day of April, 2001, I conferred with opposing counsel concerning this motion and:

_____   I have been unsuccessful in my attempts to contact Defendant-Jose Alfredo Jimenez.

_____   Opposing counsel is opposed to the request under this Motion.

_____   This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

_____   This matter has been discussed with opposing counsel and all efforts to resolve the discovery dispute without the necessity of court intervention have been attempted and failed.

**XXXX**   **Opposing counsel for Defendant-Frost National Bank and Defendant-Jose Alfredo Jimenez have agreed or are unopposed to the request under this Motion.**

_____
J. MITCHELL CLARK

## CERTIFICATE OF SERVICE

I, J. Mitchell Clark, hereby certify that the above and foregoing was forwarded in the manner indicated to the persons listed below on this the 17th day of April, 2001:

**VIA HAND DELIVERY**
James H. Robichaux
Matthews & Branscomb
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470

**VIA CMRRR: 849 082 909**
Jose Alfredo Jimenez
TDCJ #785233
Robertson Unit
Texas Department of Criminal Justice
12071 FM 3522
Abilene, Texas 79601

_____
J. Mitchell Clark

April 12, 2001

Att. J. Mitchell Clark
Frost Bank Plaza
802 N. Carancahua, Suite 1650
Corpus Christi, Texas 78470

Re: Response to letter dated April 9, 2001, pertaining to Cival Action No. B-01-004; Hector and Rosemary Martinez, et al. vs. Frost National Bank, Trust of the Jose Jimenez Trust, et al.

Dear Mr. Clark:

    Here I give response to your letter dated April 9, 2001, pertaining to the matter of the Initial Pretrial Conference schedualed for May 8, 2001. First of all, I would like to thank you for taking into consideration my intrest in this matter. As much as I would like to be in court for any type of hearings pertaining to this case, I am well aware that the judge presiding may not allow me to be present. I have requested the court to bench warrant me to Brownsville for any and all hearings, but to date I have not received an answer to my request. Now, as to your asking me if I have any objection to you filing a motion to appear via telephone, it is totally up to you and the attorney for Frost National Bank to decide. What I am trying to say is that I have decided to let Mr. Robichaux handle this case however he sees fit. So with all respects, I ask that you take this issue to his office and I will agree to whatever he may decide. Even if the motion is granted, I am not completely sure I will be able to have access to a phone to be able to particepate. As you have already pointed out, I am incar--cerated and the policies here may not allow the use of the phone. Since our last meeting, I have been placed in Administrative Segregation and security is more inforced here. All I ask is that you bring this to the attention of Mr. Robichaux and inform me of whatever action will be taken on your behalf...
    Once again, I thank you for notifying me of your intentions and hope this matter can/will be resolved as quikly as possible. Have a good day and please feel free to contact me if anything else arises.....

Sincerely,

*[signature]*

Jose Jimenez #785233
Robertson Unit-12071 F.M. 3522
Abilene, Texas 79601

c/c: Jose Jimenez file......





Law Offices Of J. Mitchell Clark
Frost Bank Plaza
802 N. Carancahua, Suite 1650
Corpus Christi, Texas 78470

Jose Jimenez #785233
Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601

1 page legal letter.....
Mailed: 4/13/2001

ClibPDF - www.fastio.com