14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Hector and Rosemary Martinez, as Heirs, § <br> Beneficiaries of Hector Julian Martinez, Jr., § <br> Deceased and of Orlando Martinez, § <br> Deceased, and Celina Elizondo, as Heir, § <br> Beneficiary of Albert R. Ponce, Deceased § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> Frost National Bank, Trustee for the Jose § <br> Alfredo Jimenez Trust, and Jose Alfredo § <br> Jimenez, Individually, § <br> § <br> Defendants. § | CIVIL ACTION NO. B-01-04 |

ORDER

BE IT REMEMBERED, that on April 25, 2001 the Court **DECLARED MOOT** the Parties' First Supplement to Joint Unopposed Motion to Appear Via Teleconference [Dkt. No. 12]. The Court already granted the Parties' Joint Motion to Appear via Teleconference on April 17, 2001 [Dkt. No. 11]. The Court notes that the letter from Jose Alfredo Jimenez attached to the Parties' First Supplement to Joint Unopposed Motion to Appear Via Teleconference [Dkt. No. 12] states that Mr. Jimenez would like to appear for hearings either via teleconference or in person through a bench warrant. The Parties should be prepared to discuss the need for and feasibility of Mr. Jimenez' participation in this lawsuit at the initial pretrial conference set for May 8, 2001.

DONE at Brownsville, Texas, this 25th day of April 2001.

Hilda G. Tagle
United States District Judge