

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIAN MARTINEZ, JR. DECEASED and OF ORLANDO MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED<br><br>PLAINTIFFS<br><br>VS.<br><br>FROST NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, INDIVIDUALLY<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § § § § | United States District Court<br>Southern District of Texas<br>FILED<br><br>JUN 1 3 2001<br><br>Michael N. Milby<br>Clerk of Court<br><br><br>C. A. NO. B-01-004 |

### NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    Pursuant to local rules for the Southern District of Texas, the parties announce the above-entitled matter has been settled, subject to court approval.

                                  Respectfully submitted,

                                  **LAW OFFICES OF J. MITCHELL CLARK**
                                  Frost Bank Plaza
                                  801 N. Carancahua, Suite 1650
                                  Corpus Christi, Texas 78470
                                  Tel: (512) 887-8500
                                  Fax: (512) 882-4500

By: *(signature)*
J. Mitchell Clark
State Bar No.: 04283900
Admissions No.: 11427

ATTORNEY FOR PLAINTIFFS

*Notice of Settlement*

*Page 1*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was forwarded in the manner indicated to the persons listed below on this the 4th day of June, 2001:

**VIA HAND DELIVERY**
James H. Robichaux
Matthews & Branscomb
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470

**VIA CMRRR: 7099 3220 0000 8773 7666**
Jose Alfredo Jimenez
TDCJ #785233
Robertson Unit
Texas Department of Criminal Justice
12071 FM 3522
Abilene, Texas 79601

J. Mitchell Clark

c:\clients\martinez\1amdpet.doc(mas)