19

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Hector and Rosemary Martinez, as Heirs, Beneficiaries of Hector Julian Martinez, Jr., Deceased and of Orlando Martinez, Deceased, and Celina Elizondo, as Heir, Beneficiary of Albert R. Ponce, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>Frost National Bank, Trustee for the Jose Alfredo Jimenez Trust, and Jose Alfredo Jimenez, Individually,<br><br>    Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. B-01-04 |

## ORDER OF DISMISSAL

BE IT REMEMBERED, that on June 19, 2001, upon receiving the Parties' Notice of Settlement [Dkt. No. 18], the Court **DISMISSED** this lawsuit with prejudice. The Court retains jurisdiction to enforce the Parties' settlement.

DONE at Brownsville, Texas, this 19th day of June 2001.

Hilda G. Tagle
United States District Judge