

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIAN MARTINEZ, JR. DECEASED and OF ORLANDO MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED<br>PLAINTIFFS | § § § § § § § § § § | |
| VS. | § § | C. A. NO. B-01-004 |
| FROST NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, INDIVIDUALLY<br>DEFENDANTS | § § § § § | |

United States District Court
Southern District of Texas
FILED

AUG 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING MOTION FOR SETTLEMENT

Came on this day to be heard in the above-entitled and numbered cause, Motion for Settlement (Unopposed). All parties having appeared by and through their respective counsel of record or pro se and the Court having heard the arguments of counsel, and reviewing the evidence finds the motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED** that Plaintiffs' and Defendants' Motion to Approve Settlement is **GRANTED.**

**IT IS FURTHER ORDERED** that Frost National Bank, as Trustee for the Jose Alfredo Jimenez Trust shall be paid the total dollar amount of $1,500.00 as payment to the Trustee for its administrative expenses and attorney fees.

**IT IS FURTHER ORDERED** Jose Alfredo Jimenez, beneficiary of the Jose Alfredo Jimenez Trust, shall be paid by the Trustee the total sum of $3,600.00. This lump sum shall be paid by Frost National Bank, Trustee to Jose Alfredo Jimenez commissary account currently established by the Texas Department of Corrections.

**IT IS FURTHER ORDERED** the spendthrift provision contained in the Jose Alfredo Jimenez Trust shall be amended to delete the spendthrift provision in its entirety only as to the Plaintiffs-HECTOR and ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED and of ORLANDO MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED.

**IT IS FURTHER ORDERED** that the terms of the trust are hereby amended in the following manner. Frost National Bank, Trustee of the Jose Alfredo Jimenez Trust shall transfer the sum of $5,000.00 in the Trust to a stand-by trust status as an estimated federal income tax liability of Beneficiary for the tax years 2000 and 2001. That sum shall remain in stand-by trust status until the earlier of the termination of the Trust or further Order of the Court. In the event the Internal Revenue Service attempts to levy upon that sum, the Trustee shall notify Plaintiffs by and through their attorney of record of the attempted levy so that Plaintiffs may assert their claims of priority to such proceeds. In such event, Trustee shall be innocent stakeholder of those sums.

**IT IS FURTHER ORDERED** that after payment of Trustee's expenses, attorney's fees, the $3,600.00 to Beneficiary, and the setting aside of $5,000.00 to stand-by trust status, Frost National Bank, Trustee of the Jose Alfredo Jimenez Trust shall pay to the Plaintiffs the remaining funds in the Trust which shall be applied as partial credit against the judgment debt.

**IT IS FURTHER ORDERED** that upon receipt of the remaining $60,000.00 annuity payment to the Trust, Frost National Bank, Trustee shall immediately pay the $60,000.00 to Plaintiffs as a partial credit on the judgment. In the event the $5,000.00 held in stand-by trust status has not otherwise been distributed by order of this Court, Trustee shall immediately pay that sum to the Plaintiffs as a partial credit upon the judgment.

**IT IS FURTHER ORDERED** that all payments shall be made to "Law Office of J. Mitchell Clark, Trustee", Mr. Clark shall receive all funds as attorney and Trustee for the Plaintiff's in this lawsuit. He shall then disburse the funds in accordance with the agreement among the Plaintiff's and their legal counsel.

**IT IS FURTHER ORDERED** upon final annuity payment to Plaintiff's attorney J. Mitchell Clark, the Trust will then be terminated.

**IT IS FURTHER ORDERED** that upon Frost National Bank making any payment provided under this Order as in the manner described above, Frost National Bank in its individual capacity and Trustee for the Jose Alfredo Jimenez Trust is fully and completely released from any further responsibility and liability with respect to the payment(s).

All relief not specifically granted herein is hereby denied.

SIGNED ON THIS ___6th___ DAY OF ___August___, 2001.

_____
JUDGE PRESIDING

---

ORDER GRANTING MOTION TO APPROVE SETTLEMENT
PAGE 3