IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Hector and Rosemary Martinez, as Heirs, Beneficiaries of Hector Julian Martinez, Jr., Deceased and of Orlando Martinez, Deceased, and Celina Elizondo, as Heir, Beneficiary of Albert R. Ponce, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>Frost National Bank, Trustee for the Jose Alfredo Jimenez Trust, and Jose Alfredo Jimenez, Individually,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-01-04<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

BE IT REMEMBERED, that on August 6, 2001, after granting the Parties' Unopposed Motion for Settlement, the Court **DISMISSED** this lawsuit with prejudice. The Court retains jurisdiction to enforce the Parties' settlement.

DONE at Brownsville, Texas, this ___ day of August 2001.

Hilda G. Tagle
United States District Judge