23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIAN MARTINEZ, JR. DECEASED and OF ORLANDO MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED § § § § § § § § § PLAINTIFFS § § VS. § § FROST NATIONAL BANK, § TRUSTEE FOR THE JOSE ALFREDO § JIMENEZ TRUST, and JOSE ALFREDO § JIMENEZ, INDIVIDUALLY § § DEFENDANTS § | CIVIL ACTION NO.: B-01-004 |

## NOTICE OF CHANGE OF ADDRESS

TO: COURT, ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective Friday, November 30, 2001, The Law Offices of J. Mitchell Clark, previously located at:

> Frost Bank Plaza, Suite 1650
> 802 N. Carancahua Street
> Corpus Christi, Texas 78470

Will be relocated as follows:

> Law Offices of J. Mitchell Clark
> P.O. Box 2701
> Corpus Christi, Texas 78403-2701
> (361) 887-8500
> (361) 882-4500 Fax

The physical location of the office will remain in Frost Bank Plaza on the 21'st floor.

Respectfully submitted,

**LAW OFFICES OF J. MITCHELL CLARK**
Frost Bank Plaza
802 N. Carancahua, Suite 1650
Corpus Christi, Texas 78470
(361) 887-8500
(361) 882-4500 **FAX**

By: _____
J. MITCHELL CLARK
State Bar No. 04283900

**ATTORNEY FOR PLAINTIFFS**

**NOTICE OF CHANGE OF ADDRESS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing was sent in the manner indicated below to the following on this the ___7___ day of December, 2001:

## VIA HAND DELIVERY

James H. Robichaux
Matthews & Branscomb
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470

 

_____
J. MITCHELL CLARK